IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 10-514 ) |
| | ) ) JURY TRIAL DEMAND |
| THE TWINS GROUP – PH, LLC d/b/a PIZZA HUT | ) ) |
| Defendant. | ) ) |

**AGREED MOTION TO ENTER CONSENT DECREE**

Plaintiff, Equal Employment Opportunity Commission, and Defendant, The Twins Group – PH, LLC d/b/a Pizza Hut, hereby move that the Court sign and enter the Consent Decree which is filed concurrently with this Motion. In support of this Motion, the parties would show as follows:

1. The parties have negotiated a resolution to this lawsuit.

2. The action alleged a violation of the Americans with Disabilities Act of 1990, as amended, and Title VII of the Civil Rights Act of 1964.

3. The Consent Decree, if entered by the Court, will resolve to the satisfaction of the parties all the issues raised in this suit.

WHEREFORE, the parties respectfully request that the Court enter the Consent Decree which is filed with this motion.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

s/ Aimee L. McFerren
Aimee L. McFerren
Kentucky Bar No.: 89912
Federal ID No.: 36953
Louisville Area Office
600 Dr. Martin Luther King, Jr. Place
Suite 268
Louisville, KY 40202
502-582-6308
502-582-5435 (fax)
Aimee.mcferren@eeoc.gov

Attorney for Plaintiff

s/ Alan Moldoff
Alan Moldoff
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8450
215-851-8383 (fax)
amoldoff@eckertseamans.com

Attorney for Defendant