IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 10-514 |
| v. | ) ) ) | JURY TRIAL DEMAND |
| THE TWINS GROUP – PH, LLC d/b/a PIZZA HUT | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING CIVIL COVER SHEET

Having omitted the civil cover sheet when filing the Complaint in this action, Plaintiff

Equal Employment Opportunity Commission files the attached civil cover sheet.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

s/ Aimee L. McFerren
Aimee L. McFerren
Kentucky Bar No.: 89912
Federal ID No.: 36953
Louisville Area Office
600 Dr. Martin Luther King, Jr. Place
Suite 268
Louisville, KY 40202
502-582-6308
502-582-5435 (fax)
Aimee.mcferren@eeoc.gov

Attorney for Plaintiff